UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GABINO GENAO,

                 Plaintiff,        20-CV-10573 (AJN) (OTW)

      -against-               **ORDER**

CITY OF NEW YORK, et al.,

                 Defendant.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Clerk of the Court is respectfully directed to send a copy of ECF 19 to the *pro se* Plaintiff at his updated address (ECF 20).

Defendants must **(1)** transmit ECF 19 to the Warden forthwith and **(2)** contact North Infirmary Command forthwith to arrange the call (detailed in ECF 19 at 1) and to determine the telephone number at which the plaintiff will be reachable for the Initial Pretrial Conference scheduled for Wednesday, May 19, 2021 at 3:00 p.m.

       **SO ORDERED.**

Dated: New York, New York            *s/ Ona T. Wang*
       April 8, 2021                   **Ona T. Wang**
                                         United States Magistrate Judge