UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GABINO GENAO,

       Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

       Defendant.
------------------------------------------------------------x

20-CV-10573 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendant Duncan-Chandler's answer due date is stayed *sine die*. The City shall file a status letter regarding Defendant Duncan-Chandler's return to work every 30 days. The Clerk of Court is directed to close ECF 27.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 21, 2021
   New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

1