UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GABINO GENAO,

                        Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                  Defendant.

---------------------------------------------------------------x

          20-CV-10573 (AJN) (OTW)

          **ORDER OF SERVICE**

**ONA T. WANG, United States Magistrate Judge:**

In response to the Court's *Valentin* Order dated March 11, 2021 (ECF 12), the New York City Law Department identified **(1)** "Maintenance Supervisor MDC John Doe" as **MDC Maintenance Supervisor David Sierra** (Employee ID no. 0293359) and **(2)** "OSIU Movement and Control Officer John Doe" as **OSIU Movement and Control Officer Christopher Alleyne** (Shield No. 574). (ECF 31).

Accordingly, in the interest of judicial efficiency, the Clerk of Court is respectfully directed to amend the caption to replace both John Doe defendants with the names provided by the New York City Law Department.

The Court further requests that **MDC Maintenance Supervisor David Sierra** (Employee ID no. 0293359) and **OSIU Movement and Control Officer Christopher Alleyne** (Shield No. 574) waive service of summons. The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order, and serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated:  June 23, 2021
       New York, New York

**Ona T. Wang**
United States Magistrate Judge