UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GABINO GENAO,                                  :
                                               :
                        Plaintiff,             :          20-CV-10573 (AJN) (OTW)
                                               :
            -against-                          :              **ORDER**
                                               :
CITY OF NEW YORK, et al.,                      :
                                               :
                        Defendant.             :
                                               :
                                               :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 35. Defendant Duncan-Chandler's answer is due by

**July 9, 2021**. The Clerk of Court is directed to serve a copy of this Order on *pro se*

Plaintiff.

**SO ORDERED.**

                                                    _s/ Ona T. Wang_
Dated:  June 23, 2021                          **Ona T. Wang**
        New York, New York                     United States Magistrate Judge

1