```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABINO GENAO,                                               :
                                                            :
                           Plaintiff,                       :      20-CV-10573 (AJN) (OTW)
                                                            :
             -against-                                      :
                                                            :      ORDER OF SERVICE
CITY OF NEW YORK, et al.,                                   :
                                                            :
                           Defendant.                       :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 38. The Clerk of Court is respectfully directed to amend the caption to **replace Defendant David Sierra** (MDC Maintenance Supervisor - Employee ID no. 0293359) **with Angelo Morelli** (MDC Maintenance Supervisor - Employee ID No. 1100276). *See* Fed. R. Civ. P. 21. The Court further requests that Angelo Morelli waive service of summons.

The Clerk of Court is respectfully directed to notify the New York City Department of Correction and the New York City Law Department of this Order and serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

 

                                                            *s/ Ona T. Wang*
Dated:  July 6, 2021                                        **Ona T. Wang**
        New York, New York                                  United States Magistrate Judge

1