UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABINO GENAO,

                    Plaintiff,                      20-CV-10573 (AJN) (OTW)

      -against-                         **ORDER**

CITY OF NEW YORK, et al.,

                    Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed ECF 44. Pursuant to ECF 39, David Sierra has already been terminated from the case and replaced with Defendant Angelo Morelli. Accordingly, David Sierra's deadline to answer the Complaint is waived. The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff.

      **SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: August 4, 2021                         **Ona T. Wang**
       New York, New York             United States Magistrate Judge

1