```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GABINO GENAO,                                                  :
                                                               :
                                Plaintiff,                     :     20-CV-10573 (AJN) (OTW)
                                                               :
                -against-                                      :           **ORDER**
                                                               :
CITY OF NEW YORK, et al.,                                      :
                                                               :
                                Defendants.                    :
                                                               :
---------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The February 1, 2022 Status Conference is adjourned to **February 2, 2022 at 2:00 p.m.**[1] The dial in information is (866) 390-1828, access code 1582687.

**IT IS HEREBY ORDERED** that the Warden or other official in charge of the North Infirmary Command, or other facility in custody of Gabino Genao, produce inmate Gabino Genao (NYSID: 04570951M; B&C: 1131700734), to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **February 2, 2022, commencing at 2:00 p.m., until completion.** At the date and time set forth herein, counsel for the defendants shall place the call to the facility from the Courthouse. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must (1) transmit this Order to the Warden forthwith and (2)

---

[1] The parties are directed to disregard ECF 65.

contact the North Infirmary Command forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

    Defendants shall promptly mail a copy of this Order to Plaintiff and file proof of service by **January 27, 2022**.

    **SO ORDERED.**

Dated: January 25, 2022                      _s/ Ona T. Wang_
       New York, New York        **Ona T. Wang**
                                     United States Magistrate Judge