UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABINO GENAO,

                     Plaintiff,                    20-CV-10573 (AJN) (OTW)

      -against-                     **ORDER**

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the instructions given at the February 3, 2022 conference, Defendants' opposition to Plaintiff's motion to compel (ECF 72) is due **February 18, 2022**, and Plaintiff's reply is due **March 4, 2022**. Defendants shall also file a status letter regarding the video footage issue (ECF 67) by **March 3, 2022**.

The Court will hold a telephonic **Status Conference** in this action on **Wednesday, March 9, 2022 at 11:30 a.m.** The dial in information is (866) 390-1828, access code 1582687. Accordingly, **IT IS HEREBY ORDERED** that the Warden or other official in charge of the North Infirmary Command, or other facility in custody of Gabino Genao, produce inmate Gabino Genao (NYSID: 04570951M; B&C: 1131700734), to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **March 9, 2022, commencing at 11:30 a.m., until completion**. At the date and time set forth herein, counsel for the defendants shall place the call to the facility from the Courthouse. If this

time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must (1) transmit this Order to the Warden forthwith and (2) contact the North Infirmary Command forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: February 16, 2022
    New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge