**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
GABINO GENAO, :
:
                Plaintiff, :    No. 20-CV-10573 (AJN) (OTW)
:
      -against- :    **ORDER**
:
CITY OF NEW YORK, et al., :
:
                Defendants. :
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On March 23, 2022, the Court granted Plaintiff's request for pro bono counsel. In the event that Plaintiff secures counsel, the Court recognizes that a deposition date of March 30, 2022 may hamper Plaintiff's counsel's efforts to properly prepare for a deposition. Accordingly, Defendants' request to:

(1) Grant Defendants leave to depose Plaintiff pursuant to Rule 30(a)(2)(B) and;

(2) Order the Warden or other official in charge of the North Infirmary Command to produce Plaintiff for his deposition on either March 24, or March 30, 2022

is **DENIED** without prejudice as to renewal. The fact discovery deadline is extended to April 29, 2022. Defendants are directed to propose alternative deposition dates for April 2022.

The Clerk of Court is respectfully directed to close ECF 85 and to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
March 23, 2022

                                                  *s/ Ona T. Wang*
                                                  **Ona T. Wang**
                                                  United States Magistrate Judge