UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

GABINO GENAO,

                                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                      Defendants.
------------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

20-CV-10573 (AJN) (OTW)

**THE HONORABLE ONA T. WANG, United States Magistrate Judge:**

      Upon the application of Defendants for leave to take the deposition of Plaintiff Gabino Genao (B&C No. 1131700734), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the North Infirmary Command at the New York City Department of Correction produce inmate Gabino Genao (B&C No. 1131700734) within the North Infirmary Command for the taking of his deposition by video teleconferencing **on April 15, 2022 commencing at 10:00 AM,** and for so long thereafter as the deposition continues; (2) Plaintiff Gabino Genao (B&C No. 1131700734) appears in such place as designated by the Warden or other official in charge of the North Infirmary Command so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
       April 5, 2022

SO ORDERED

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE

1