UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

GABINO GENAO,

                                             Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                             Defendants.
-------------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

20-CV-10573 (AJN) (OTW)

**THE HONORABLE ONA T. WANG, United States Magistrate Judge:**

Upon the application of Defendants for leave to take the deposition of Plaintiff Gabino Genao (DIN 22B1480), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Elmira Correctional Facility at the New York State Department of Corrections and Community Supervision produce inmate Gabino Genao (DIN 22B1480) within Elmira Correctional Facility for the taking of his deposition by video teleconferencing **on April 28, 2022 commencing at 10:00 AM,** and for so long thereafter as the deposition continues; (2) Plaintiff Gabino Genao (DIN 22B1480) appears in such place as designated by the Warden or other official in charge of the Elmira Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
          April 19, 2022

SO ORDERED

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE

1