**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GABINO GENAO,

                    Plaintiff,              No. 20-CV-10573 (AJN) (OTW)

         -against-                         **ORDER**

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 88. Defendants' request to limit Plaintiff's discovery request is **GRANTED** in part and **DENIED** in part. Defendants shall provide Plaintiff with work orders for the following period: **August 21, 2020 to December 7, 2020.**

Defendants shall provide Plaintiff with work orders for both Cell 7 and Cell 4 in Manhattan Detention Center 9 South.

The Clerk of Court is respectfully directed to close ECF 88 and to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: April 27, 2022                             **Ona T. Wang**
        New York, New York             United States Magistrate Judge