```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GABINO GENAO,                                                :
                                                             :
                              Plaintiff,                     :         20-CV-10573 (AJN) (OTW)
                                                             :
             -against-                                       :               ORDER
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The parties shall submit a joint status letter by **June 24, 2022**, informing the Court of further developments in discovery. Defense counsel is directed to file the letter on the docket.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 27, 2022                                               *s/ Ona T. Wang*
      New York, New York                              **Ona T. Wang**
                                                                         United States Magistrate Judge