**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
GABINO GENAO,

                         Plaintiff,          No. 20-CV-10573 (AJN) (OTW)

           -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                         Defendants.

---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 109. Plaintiff's Motion for Reconsideration of the Court's April 27, 2022 Order (ECF 100) is **DENIED**.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: June 24, 2022                                   *s/ Ona T. Wang*
       New York, New York                       **Ona T. Wang**
                                                        United States Magistrate Judge