**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

GABINO GENAO,

                          Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------x

No. 20-CV-10573 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 116. It is unclear from Defendants' letter whether Plaintiff consents to Defendants' proposed summary judgment schedule. Accordingly, Defendants are directed to meet and confer with Plaintiff and file a proposed scheduling order <u>after</u> Plaintiff exits punitive segregation.

Defendants are directed to serve a copy of this Order and ECF 116 on the *pro se* Plaintiff.

**SO ORDERED.**

                                         *s/ Ona T. Wang*

Dated:  July 18, 2022                       **Ona T. Wang**
       New York, New York           United States Magistrate Judge