**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
GABINO GENAO,

                              Plaintiff,                No. 20-CV-10573 (VSB) (OTW)

               -against-                       **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.

----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiff's renewed requests for the appointment of counsel. (ECF Nos. 114 and 117). This Court has already granted Plaintiff's prior request for appointment of counsel. *See* ECF 86. In that Order, the Court advised Plaintiff that "there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent Plaintiff." The Court reminds Plaintiff that it is not able to assign attorneys in civil cases and can only request that a volunteer attorney agree to take Plaintiff's case. Accordingly, Plaintiff's renewed requests for the appointment of counsel are **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 114 and 117 and to serve a copy of this Order on the *pro se* Plaintiff.

        **SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: July 18, 2022                                       **Ona T. Wang**
       New York, New York                 United States Magistrate Judge