UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GABINO GENAO,

                     Plaintiff,                      No. 20-CV-10573 (VSB) (OTW)

      -against-                            **ORDER**

CITY OF NEW YORK, et al.,

                     Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 120. The parties' summary judgment briefing schedule is set as follows:

- Defendants' motion shall be due by August 29, 2022.

- Plaintiff's opposition shall be due by September 30, 2022.

- Defendant's reply shall be due by October 21, 2022.

Defendants are directed to confirm that Plaintiff is no longer in punitive segregation when they file their motion. This Order is entered without prejudice to requests for extension should Plaintiff remain in punitive segregation after August 27, 2022. *See* ECF 116.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

    **SO ORDERED.**

                                                               *s/ Ona T. Wang*

Dated:  July 27, 2022                                         **Ona T. Wang**
          New York, New York                      United States Magistrate Judge