UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABINO GENAO,

       Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

       Defendants.

------------------------------------------------------------x

20-CV-10573 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 128 and **GRANTS** Defendants' request to adjourn the telephonic Status Conference previously scheduled for October 13, 2022. The Conference is adjourned to **Thursday, November 3, 2022, at 12:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**IT IS HEREBY ORDERED** that the Warden or other official in charge of the Attica Correctional Facility, or other facility in custody of Gabino Genao, produce inmate Gabino Genao (NYSID: 04570951M; B&C: 1131700734), to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **Thursday, November 3, 2022, commencing at 12:00 p.m., until completion.** At the date and time set forth herein, counsel for the Defendants shall place the call to the facility from the Courthouse. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must (1) transmit this Order to the Warden forthwith and (2)

contact the Attica Correctional Facility forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

Counsel for Defendants must promptly mail a copy of this Order to Plaintiff and file proof of service by **October 14, 2022**.

The Clerk of Court is respectfully directed to close ECF 128.

**SO ORDERED.**

Dated:   October 5, 2022
        New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge