STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GABINO GENAO,

                                    Plaintiff,                          20-CV-10573 (VSB) (OTW)

                      -against-                                              **ORDER**

CITY OF NEW YORK, et al.,

                                    Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 141. The Court will hold an in-person status conference in this matter on **Tuesday, February 14, 2023 at 11:00 a.m.** The Court understands that there may be *pro bono* counsel standing by for *pro se* Plaintiff. **The Court expects all attorneys to appear at the status conference in person.** Plaintiff is excused from in-person attendance and shall attend the conference telephonically. If *pro bono* counsel are able to confirm representation for Plaintiff before the conference date, Plaintiff will be excused from attending the conference altogether when his attorneys file a Notice of Appearance.

**IT IS HEREBY ORDERED that the Warden or other official in charge of the Fishkill Correctional Facility, or other facility in custody of Gabino Genao, produce inmate Gabino Genao (NYSID: 04570951M; B&C: 1131700734), to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on Tuesday, February 14, 2023, commencing at 11:00 a.m., until completion.** At the date and time set forth herein, counsel for the Defendants shall place the call to the facility from the

1

Courthouse. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must (1) transmit this Order to the Warden **forthwith** and (2) contact the Fishkill Correctional Facility **forthwith** to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

Counsel for Defendants must promptly mail a copy of this Order to Plaintiff and file proof of service by **January 27, 2023.**

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: January 10, 2023              **Ona T. Wang**
       New York, New York           United States Magistrate Judge

2