UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABINO GENAO,

      Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

      Defendants.

------------------------------------------------------------x

20-CV-10573 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on February 14, 2023.

The parties are directed to meet and confer to schedule remaining depositions. The parties shall file a status letter by **March 14, 2023**, informing the Court of the depositions that have been taken or scheduled, and which remain outstanding, if any.

The fact discovery deadline is extended to April 28, 2023.

**SO ORDERED.**

Dated: February 14, 2023
    New York, New York

          _s/ Ona T. Wang_
          **Ona T. Wang**
          United States Magistrate Judge