UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABINO GENAO,

                    Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                    Defendants.

20-CV-10573 (JGLC) (OTW)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **Plaintiff and counsel for Defendants must familiarize themselves with the Court's Individual Rules and Practices, including those for pro se litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 28, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge