**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GABINO GENAO,

                  Plaintiff,

         -against-

CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------x

No. 20-CV-10573 (JGLC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendants' letter requesting a schedule for a summary judgment motion and sending the letter to *pro se* Plaintiff. (ECF 166). On June 15, 2023, the Court granted *pro se* Plaintiff's request for counsel for all purposes. (ECF 161). The order cautioned, however, that a lengthy period of time may pass before counsel volunteers to represent Plaintiff. Because Plaintiff has filed several changes of address (*see* ECF Nos. 162-64), Plaintiff may not be receiving filings in this case. The parties are directed to file separate *ex parte* letters **by Tuesday, November 21, 2023**. This means the parties shall not file these letters on the docket.

The letters shall address the following issues: (1) the status of settlement discussions to which Defendants refer in their letter (ECF 166); and (2) the progress of retention of *pro bono* counsel for Plaintiff. The Court will **not** entertain a motion for summary judgment until I hear from *pro se* Plaintiff or his counsel on these two topics.

The Clerk of Court **and** defense counsel are directed to serve copies of this Order and ECF 161 on *pro se* Plaintiff at his current address **no later than Friday, September 13, 2023**.

**SO ORDERED.**

Dated:  October 4, 2023
      New York, New York

*/s/  Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge