

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **NICOLETTE PELLEGRINO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>Email: npellegr@law.nyc.gov |

December 8, 2023

VIA E.C.F.
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED.

RE:   Gabino Genao v. City of New York, et al.,
         20 Civ. 10573 (JGLC) (OTW)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department[1] and the attorney representing defendants City of New York, New York City Department of Correction Captain Dillard, Captain Alleyne, Captain Duncan Chandler, Assistant Deputy Warden Harvey, Officer Masone, Officer Everson, Officer Collymore, and Mr. Morelli (collectively, "Defendants") in the above-referenced action. Defendants write, with Plaintiff's consent, to respectfully request a brief adjournment of the December 19, 2023 Pre-Settlement Conference.

By way of relevant background, on November 27, 2023, the Court scheduled a "pre-settlement conference call on Tuesday, December 19, 2023, at 4:00 p.m." (Dkt. No. 175.)

However, the undersigned is unavailable on that date to participate in a conference because she will be out of the office.

Accordingly, Defendants respectfully request, with Plaintiff's consent, a brief adjournment of the December 19, 2023 Pre-Settlement Conference to either (a) December 20, 2023, after 1:00 p.m., (b) December 21, 2023, after 2:00 p.m., (c) December 22, 2023, after 2:00 p.m. and before 4:00 p.m., or (d) another date convenient for the parties and the Court.

---

[1] This case has been assigned to Assistant Corporation Counsel Zoe Reszytniak, who is not yet admitted to the New York State Bar. Ms. Reszytniak is handling this matter under my supervision and may be reached at (212) 356-2547 or zreszytn@law.nyc.gov.

The Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Nicolette Pellegrino*

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: <u>VIA E.C.F.</u>
*Counsel of Record*

Application **GRANTED.** The pre-settlement conference call scheduled for December 19, 2023 is **ADJOURNED to Thursday, December 21, 2023 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_____
Ona T. Wang           12/11/23
U.S.M.J.

2