

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T HE C ITY OF N EW Y ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZOE RESZYTNIAK**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2547<br>fax: (212) 356-3509<br>zreszytn@law.nyc.gov |

April 17, 2025

**VIA ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



      Re:    Gabino Genao v. the City of New York, et al.,
              20 Civ. 10573 (JGLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and represent defendants Collymore, Alleyne, Dunson-Chandler, Harvey, and Dillard (collectively "Defendants") in the above-referenced matter. Defendants write jointly with plaintiff's counsel pursuant to the Court's April 15, 2025 Order, and respectfully request an adjournment of the conference scheduled for April 23, 2025, for the reasons detailed below. (See ECF No. 205).

      By way of background, on April 14, 2025, plaintiff's counsel wrote to the Court indicating that Mr. Genao had requested they withdraw as counsel and as such it would be beneficial for him to be present the upcoming April 23, 2025 conference. (See ECF No. 202). On April l5, 2025, a letter from Mr. Genao was filed onto the docket, which *inter alia*, reiterated the sentiments expressed in the earlier letter from his counsel. (See ECF No. 203). Thereafter, Your Honor issued an Order directing the parties to submit "a letter informing the Court whether they prefer the conference on April 23, 2025 to be held in-person or remotely via Microsoft Teams with a call-in option." (See ECF No. 205).

      Thus, the parties respectfully inform the Court that they prefer to have the upcoming conference held remotely via Microsoft Teams to facilitate Mr. Genao's attendance at the same.

      Relatedly, as officials at Greenhaven Correctional Facility indicated that it would not be possible to coordinate Mr. Genao's appearance for the April 23, 2025 conference as it presently scheduled, the parties respectfully request an adjournment to the following dates and times: April 29, 2025, at any time; April 30, 2025, at any time; May 5, 2025, at any time; or another date and time agreeable for the Court and parties.

      Finally, it was indicated that a Court Order is required to facilitate Mr. Genao's participation in the conference. Accordingly, it is respectfully requested that the Court issue an Order directing the officials at Greenhaven Correctional Facility to make Mr. Genao available for the remote conference.

      Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*

**CC:** **VIA ECF**
Counsel of Record

---

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for April 23, 2025 at 2:30 p.m., is RESCHEDULED for April 29, 2025 at 2:30 p.m.. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 755927308#. Greenhaven Correctional Facility IS HEREBY ORDERED to make Mr. Gabino Genao available for the conference. The Clerk of Court is respectfully directed to terminate ECF No. 206.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 18, 2025
      New York, New York