UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-10573 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Counsel are hereby ordered to appear for a conference with the Court on January 16, 2026, at 12:00 p.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1155902780#.

For reasons that the Court will set forth at that conference, Defendants' motion for reconsideration is granted in part and denied in part. The Court denies the motion with respect to the issue of exhaustion and to the extent Defendants seek to dismiss Defendant Alleyne. The Court grants the motion with respect to the issue of dismissing Defendants Dillard and Collymore. The Court also deems Plaintiff's motion for reconsideration withdrawn. Counsel should be prepared to discuss at the conference Plaintiff's motion for entry of judgment under Rule 54(b). The Clerk of Court is directed to terminate ECF Nos. 200, 204, and 213, and terminate Defendants Collymore and Dillard.

Dated: January 2, 2026
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge