**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GABINO GENAO,

                              Plaintiff,

          -against-                                              20 **CIVIL** 10573 (JGLC)

                                                                 **JUDGMENT**

CITY OF NEW YORK, et al.,

                              Defendants.
----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January16, 2026, the Court has GRANTED, as unopposed,

Plaintiff's motion for entry of final judgment under Rule 54(b). ECF No. 218. The Court has also

granted Plaintiff's request for a stay of the action pending resolution of Plaintiff's appeal as to

his retaliation, failure to protect, and federal municipal liability claims. Id. Therefore, final

judgment is entered in favor of Defendants as to the retaliation, failure to protect, and federal

municipal liability claims dismissed by this Court in the Opinion and Order dated March 26,

2025, ECF No. 196.

**Dated:**  New York, New York

          January 21, 2026

                                                                 **TAMMI M. HELLWIG**
                                                            _____
                                                                 **Clerk of Court**

                                                                 K. mango
                                          **BY:**
                                                            _____
                                                                 **Deputy Clerk**